# UNITED STATES DISTRICT COURT
for the
Eastern District of California

**FILED**

NOV 02 2023

CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 5:23-mj-00041-CDB |
| JOSHUA RUIC KIMBALL | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant* | | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Joshua Ruic Kimball ,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 USC 933, trafficking in firearms
26 USC 5681(e), unlawful transfer of a NFA weapon
18 USC 922(b)(2), unlawful transfer of a firearm in violation of state law

Date: October 31, 2023

_____
*Issuing officer's signature*

City and state: Bakersfield, California

Hon. Christopher D. Baker, U.S. Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 10/31/23, and the person was arrested on *(date)* 11/1/23
at *(city and state)* Bakersfield, CA

Date: 11/1/23

_____
*Arresting officer's signature*

ATF
*Printed name and title*